IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

REGINA BLACKHURST,

    Plaintiff,                              CIV. NO. S-04-2191 GEB GGH

    vs.

TRINITY CHURCH, et al.,

    Defendants.                           ORDER

_____/

        Defendants' motion to compel depositions presently is calendared for hearing on September 26, 2005. The discovery deadline in this case was August 24, 2005. Therefore, the matter will have to be vacated from the calendar. Defendants are advised that they must seek a modification of the district court's scheduling order with the district judge before returning to this court.

        Accordingly, IT IS ORDERED that the September 26, 2005 hearing on defendants' motion to compel, filed August 29, 2005, is vacated from the calendar.

DATED: 9/7/05

                                                /s/ Gregory G. Hollows

                                                GREGORY G. HOLLOWS
                                                U. S. MAGISTRATE JUDGE

GGH:076:Blackhurst2191.vac.wpd