1  **ELISA W. UNGERMAN, ESQ**
   **2835 TOURMALINE WAY**
2  **ANTELOPE, CA 95843**

3  **(916) 348-7577**

4  **ELISA W. UNGERMAN, ESQ. - SBN 149719**
   **Attorney for Plaintiff REGINA L. BLACKHURST**
5

6
       UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA
7

8
       REGINA BLACKHURST,                          NO:   CIV.S-04-2191 GEB
9                                                        GGH-PS
              Plaintiff,
10                                                 **SUBSTITUTION OF ATTORNEY**
       v.
11
       TRINITY CHURCH, DONNA HARRELL,
12     and DOES 1 through 50, inclusive,

13            Defendants.
                                              /
14
       THE COURT AND ALL PARTIES ARE NOTIFIED THAT PLAINTIFF REGINA
15     BLACKHURST MAKES THE FOLLOWING SUBSTITUTION:

16     1.     FORMER LEGAL REPRESENTATIVE: ANWYL, SCOFFIELD & STEPP (Elisa
              Ungerman)
17
       2.     NEW LEGAL REPRESENTATIVE: ELISA UNGERMAN, ESQ, 2835
18            Tourmaline Way, Antelope, CA 95843
              (916) 348-7577
19
       I consent to this substitution.
20
       Date: _____        _/s/_____
21                                             Regina Blackhurst
       I consent to this substitution.
22
       Date: _____        _/s/ _____
23                                             Anwyl, Scoffield & Stepp
       I consent to this substitution.
24
       Date: _____        _/s/_____
25                                             Elisa Ungerman, Esq.

26              IT IS SO ORDERED

27     DATED:  October 25, 2005            `/s/ Garland E. Burrell, Jr.`
                                           `GARLAND E. BURRELL, JR.`
28                                         `United States District Judge`