IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGINA BLACKHURST,<br><br>               Plaintiff,<br><br>    v.<br><br>TRINITY CHURCH, and DONNA HARREL,<br><br>               Defendants. | 02:04-cv-2191-GEB-GGH<br><br>ORDER[*] |

On November 10, 2005, Plaintiff filed a motion for authorization to serve a trial subpoena on a non-party witness that lives in Canton, Ohio. Plaintiff is correct that Federal Rule of Civil Procedure 45(b)(2) provides for service of a subpoena on this prospective witness if authorized by the Court "upon proper application and cause shown." However, such service may only be authorized "[w]hen a statute of the United States provides therefor . . . ." Fed. R. Civ. P. 45(b)(2). Plaintiff has failed to identify any statutory authority that provides for the service of a

---

[*] This matter was determined to be suitable for decision without oral argument. L.R. 78-230(h).

1

1 | subpoena upon the prospective witness.  Therefore, Plaintiff's motion
2 | is denied.
3 |
4 |       IT IS SO ORDERED.
5 | DATED:  November 21, 2005
6 |       /s/ Garland E. Burrell, Jr.
7 |       GARLAND E. BURRELL, JR.
      United States District Judge